ORIGINAL

FILED
NOV 16 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROXCO, LTD.** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.** 04-1680C

**THE UNITED STATES OF AMERICA** **DEFENDANT**

**COMPLAINT**

The Plaintiff, Roxco, Ltd. ("Roxco"), files this its complaint against the Defendant and shows the Court the following:

**A. The Parties**

1. The Defendant, United States of America, acting by and through the United States Department of the Air Force ("Air Force"), may be served with process of this Court as provided in Rule 4 of the Rules of the United States Court of Federal Claims.

2. The Plaintiff, Roxco, Ltd. ("Roxco"), is a Mississippi corporation which was at all times relevant to this complaint engaged in the business of general construction in the southeastern United States, including public works of the type involved in this complaint.

**B. Jurisdiction**

3. This Court has jurisdiction of this matter pursuant to the Contract Disputes Act of 1978, 41 U.S.C. §§ 601 *et seq*. (the "Act").

## C. Facts and Claims

4. The Air Force awarded a contract to Roxco for general construction services and construction materials in connection with a project identified as Contract Number F0965095C0378, which contract was dated March 31, 1995 ("Contract"), and which provided for certain base housing renovations at Robins Air Force Base in Warner Robins, Georgia.

5. The contract includes a number of documents and attachments described therein including plans, drawings, specifications, general conditions, special conditions, and applicable FAR's, all contained or described in the contract, which are incorporated herein by reference.

6. After Roxco completed substantially all of the contract work with the exception of a certain change order modification, the Air Force issued a Termination for Convenience, dated January 13, 2000, and designated P00007 ("T for C"). A true and correct copy of the Air Force T for C is attached hereto as Exhibit " 1 " and incorporated herein by reference.

7. Following the issuance of the T for C, Roxco issued its final application for payment on the Project, by invoice dated August 29, 2002. A true and correct copy of Roxco's final application for payment in the amount of $329,043.55 is attached hereto as Exhibit "2" and incorporated herein by reference.

8. Prior to and following Roxco's final application for payment, the Air Force engaged Roxco in protracted discussions concerning the final amount due to Roxco.

9. Without any detailed explanation, the Air Force issued a memorandum to Roxco dated November 20, 2003 stating that the total unpaid balance remaining on the contract was $189,415.24. A true and correct copy of said memorandum is attached hereto as Exhibit " 3 " and

incorporated herein by reference.

10. Roxco repeatedly requested that the Air Force explain its calculation of the contract balance stated in Exhibit "3," but received no such explanation from the government.

11. On or about March 4, 2004, and pursuant to the Act, Roxco properly submitted a certified claim to the Contracting Officer requesting that the Air Force "pay it at least $276,466.55 or such additional sums as may be due based upon a proper accounting from Project records, including those records maintained by the government. As required by the Act, Roxco demands that you issue a final decision concerning this claim." A true and correct copy of Roxco's certified claim and request for final decision is attached hereto as Exhibit "4 " and incorporated herein by reference ("Request for Final Decision").

12. Under the terms of the Act, the Contracting Officer's final decision was initially due on or before May 15, 2004.

13. The Contracting Officer requested and received additional information from Roxco for the purpose of rendering her final decision.

14. By memorandum dated May 17, 2004, the Contracting Officer advised Roxco that her final decision would be issued by June 15, 2004. A true and correct copy of said memorandum is attached hereto as Exhibit "5 " and incorporated herein by reference.

15. By memorandum dated June 15, 2004, the Contracting Officer advised Roxco that the final decision would be rendered by July 16, 2004. A true and correct copy of said memorandum is attached here too as Exhibit "6 " and incorporated herein by reference.

16. In breach of the contract and in violation of the Act, the Contracting Officer has

failed and refused to act upon the request for final decision, having rendered no final decision prior to the date of this complaint.

17. As a result of the Contracting Officer's failure to render a final decision and as a result of the Air Force's failure to pay Roxco the final balances due it under the Contract, Roxco has suffered damages of at least $276,466.55 or such additional amounts as may be shown by a proper accounting from the Air Force.

**Count I - Breach of Contract**

18. Roxco reasserts and incorporates each and every allegation of paragraphs 1 through 17 above.

19. The aforesaid actions of Air Force constitute breaches of its Contract with Roxco for which Roxco is entitled to damages of at least $276,466.55.

**Count II– Interest and Litigation Costs**

20. Under the terms of the Act and other laws of the United States, Roxco is entitled to interest on its claim from and after the date the claim was received by the Contracting Officer.

21. Further, Roxco is entitled to recover its litigation costs including attorneys' fees pursuant to the Equal Access to Justice Act, 42 USC § 1988.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Roxco, Ltd., demands judgment against the Defendant, United States of America, acting by and through the Department of the Air Force, in the total sum of at least $276,466.55 together with interest and Roxco's reasonable

attorneys' fees and all costs of court.

DATED: November 12, 2004.

Respectfully submitted,

ROXCO, LTD., Plaintiff

BY: E. Stephen Williams
E. STEPHEN WILLIAMS
Its Attorney

E. Stephen Williams
Young Williams, P.A.
2000 Deposit Guaranty Plaza
Post Office Box 23059
Jackson, MS 39225-3059
(601)948-6100

MAILING DATE

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT 21 JAN 2000

1. CONTRACT ID CODE: J | PAGE OF PAGES: 1 | 02

2. AMENDMENT/MODIFICATION NO.: P00007

3. EFFECTIVE DATE: 99DEC14

4. REQUISITION/PURCHASE REQ. NO.: SEE SCHEDULE

5. PROJECT NO. (If applicable)

6. ISSUED BY CODE: FA8501
OPERATIONAL CONTRACTING OFFICE
235 BYRON ST
ROBINS AFB GEORGIA 31098-1611

7. ADMINISTERED BY (If other than Item 6) CODE
SEE SCHEDULE
*
* 00000-0000

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip code)
ROXCO LTD 0HKP036
140 OLD HWY 80 WEST
BRANDON MS 39043

CODE | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (See item 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. F09650-95-C0378

10B. DATED (See item 13) 95MAR31

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS
[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified

12. ACCOUNTING AND APPROPRIATION DATA (If required) CODE: FB2067

N/A

NO CHG .00

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. DESCRIBED IN ITEM 14.

(x) A. This change order is issued pursuant to: (Specify authority) The changes set forth in Item 14 are made in the contract order no in item 10A.

B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in Item 14 pursuant to the authority of FAR 43.103(b).

C. This supplemental agreement is entered in pursuant to authority of:

X D. Other (Specify type of modification and authority)
CLAUSE I-604 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return ALL copies to the issuing office.

14. Description of amendment/modification (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

POC: WANDA HAMRICK
PHONE: 9129262057

SEE SCHEDULE

EXHIBIT
tabbies
1

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Ben Turnage C.E.O

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
WANDA HAMRICK

15B. CONTRACTOR/OFFEROR
Roxco Ltd. [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED: 1/14/00

16B. UNITED STATES OF AMERICA
BY [signature: Wanda G. Hamrick]
(Signature of Contracting Officer)

16C. DATE SIGNED: 1-13-00

STANDARD FORM 30

# ROXCO, LTD.

P.O. BOX 64 • BRANDON, MISSISSIPPI 39043

Contract # F09650-95-C0378 Date: August 29, 2002

**Final Application**
**Through August 29, 2002**

**Replace Wherry Housing**
**Robins Air Force Base**

| | | | |
|---|---|---|---|
| Original contract amount | | | $ 8,241,874.00 |
| Original contract amount unit price add | | | 115,417.20 |
| +/- modifications P1 thru P5 | | | 7,173,574.00 |
| Modification P00006 | | | 574,979.00 |
| **Revised contract amount** | | | $ 16,105,844.20 |
| **CONTRACT AMOUNT** | | | $ 16,105,844.20 |
| Material stored - phase I | | | - |
| Work completed - phase I | 100.00% | | $ 8,241,874.00 |
| Material stored - phase II | | | - |
| Work completed - phase II | 100.00% | | 7,173,574.00 |
| Materials stored - Mod 6 | | | - |
| Work completed - Mod 6 | 65.82% | | 378,463.00 |
| | | Unit Price | |
| Add .0025AD | 15 ea. | 100.00 | 1,500.00 |
| Add .0025AE | 65352 sf | 1.25 | 81,690.00 |
| Add .0025AF | 21675 sf | 1.20 | 26,010.00 |
| Add .0025AG | 5652 sf | 1.10 | 6,217.20 |
| **Completed and stored to date** | | | 15,909,328.20 |
| Less previous applications submitted and paid | | | $ 15,580,284.65 |
| Unpaid applications due | | | $ 329,043.55 |

**Submitted and unpaid applications:**

| | | | |
|---|---|---|---|
| App 31 | June 17, 1998 | $ 144,578.46 | |
| App 32 | September 15, 1998 | 43,135.09 | |
| App 32a | October 30, 1998 | 141,330.00 | |
| | | | $ 329,043.55 |

I certify, to the best of my knowledge and belief, the amounts requested are only for performance in accordance with the contract terms and that according to our records all claims and amounts due subcontractors and suppliers have been settled either by Roxco, Ltd. or American Home Assurance Company, and that the application for payment does not include any amonts which the contractor proposes to withhold from his subcontractors in accordance with the terms and conditions of their subcontracts.

ROXCO, Ltd.

[signature] C.E.O. Date 8/29/02

EXHIBIT 2

11/20/2003 17:07 FAX 4789267549 WR-ALC/PKO 002

# DEPARTMENT OF THE AIR FORCE
HQ WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

20 November 03

MEMORANDUM FOR YOUNG, WILLIAMS HENDERSON & FUSELIER, PA
2000 AMSOUTH PLAZA
P O BOX 23059
JACKSON, MISSISSIPPI 39225-3059

FROM: WR-ALC/PKOE
BOBBIE CLARK
235 BYRON ST
ROBINS AFB GA 31098-1611

SUBJECT: CONTRACT F09650-95-C0378, PROJECT 92014NC/924014N2,
Repl. Wherry MFH

1. After a thorough review of Contract F09650-95-C-0378 and the documentations pertaining to your request for payment of final invoice, the government is prepared to offer payment in the amount of $189,415.24. This amount represents the total unpaid balance remaining on the contract. Please let us know if this amount is acceptable. We would like also to extend an invitation to you to meet with us, Mr. Caine and Ms Clark, in person to discuss this offer and present documentation to substantiate the amount you feel your client is entitled if this amount is not acceptable. Should you desire to meet with us, we are available 8 Dec 03 at 1:00 P.M. or 9 Dec 03 at 0900 A.M. Understandably, this meeting would be at no cost to the government.

2. Should you require additional information or have any questions, you may contact me at telephone number (478) 926-5151 or fax number (478) 926-7549. Email address: bobbie.clark@robins.af.mil.

Bobbie L. Clark
BOBBIE L. CLARK
CONTRACTING OFFICER

EXHIBIT
3

# ROXCO, LTD.

P.O. BOX 64 • BRANDON, MISSISSIPPI 39043

March 4, 2004

Ms. Bobbie L. Clark
Contracting Officer
Warner Robins Air Force Base
WR-ALC/PKOEB
235 Byron Street
Robins AFB, GA 31098-1611

Re: **Contract Disputes Act Claim - Request for Final Decision**
F09650-95-C0378, Project 924014NC/924014N2, Repl. Wherry MFH

Dear Ms. Clark:

As you know, Roxco, Ltd. ("Roxco") and its representatives have been in discussion with you and other representatives of the Government for some period of time concerning the final balance due from the Government to Roxco for work performed under the above contract. By memorandum dated November 20, 2003, you stated that the total unpaid balance remaining on the contract is $189,415.24. A copy of your memorandum is attached to this letter.

In January 2000, a Termination for Convenience was executed by the parties as Modification P00007. In accordance with that modification, Roxco submitted to the Government a final application for payment in the amount of $329,043.55 dated May 18, 2000. After receiving the executed Surety Release for final payment, you requested that Roxco provide you with copies of its pay applications for the Project in order to verify the balance due under the contract. You will recall that Roxco submitted to you copies of its pay applications Nos. 31, 32, and 33 (representing work completed in October 1998) along with other accounting information from Roxco's records. Based upon Roxco's record of payments received from the Government, Roxco believes that the outstanding principal balance due under the contract is at least $267,466.55. Depending upon records not currently available to Roxco but hopefully contained within the Government's files, the outstanding balance may be as high as $329,043.55. Roxco further submits that the Government is also obligated to pay Roxco interest under the Prompt Payment Act.

The purpose of this letter is to advise you in writing that Roxco is asserting a claim for final payment pursuant to the Contract Disputes Act. Roxco hereby requests that the Government pay it at least $276,466.55 or such additional sums as may be due based upon a proper accounting from the Project records, including those records maintained

EXHIBIT
tabbies
4

by the Government. As required by the Act, Roxco demands that you issue a final decision concerning this claim.

As an officer of Roxco, the undersigned hereby certifies that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the minimum amount requested accurately reflects the contract amount for which Roxco reasonably believes the Government is liable.

Dated: March 5th, 2004

Roxco, Ltd.

BY: ______________________

Ben O. Turnage
Chief Executive Officer

# DEPARTMENT OF THE AIR FORCE

HQ WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

20 November 03

MEMORANDUM FOR YOUNG, WILLIAMS HENDERSON & FUSELIER, PA
2000 AMSOUTH PLAZA
P O BOX 23059
JACKSON, MISSISSIPPI 39225-3059

FROM: WR-ALC/PKOE
BOBBIE CLARK
235 BYRON ST
ROBINS AFB GA 31098-1611

SUBJECT: CONTRACT F09650-95-C0378, PROJECT 92014NC/924014N2,
Repl. Wherry MFH

1. After a thorough review of Contract F09650-95-C-0378 and the documentations pertaining to your request for payment of final invoice, the government is prepared to offer payment in the amount of $189,415.24. This amount represents the total unpaid balance remaining on the contract. Please let us know if this amount is acceptable. We would like also to extend an invitation to you to meet with us, Mr. Caine and Ms Clark, in person to discuss this offer and present documentation to substantiate the amount you feel your client is entitled if this amount is not acceptable. Should you desire to meet with us, we are available 8 Dec 03 at 1:00 P.M. or 9 Dec 03 at 0900 A.M. Understandably, this meeting would be at no cost to the government.

2. Should you require additional information or have any questions, you may contact me at telephone number (478) 926-5151 or fax number (478) 926-7549. Email address: bobbie.clark@robins.af.mil.

Bobbie L. Clark
BOBBIE L. CLARK
CONTRACTING OFFICER

**DEPARTMENT OF THE AIR FORCE**
HQ WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

17 May 04

MEMORANDUM FOR YOUNG, WILLIAMS HENDERSON & FUSELIER, PA
2000 AMSOUTH PLAZA
P O BOX 23059
JACKSON, MISSISSIPPI 39225-3059

FROM: WR-ALC/PKOE/(478) 926-5151
BOBBIE CLARK
235 BYRON ST
ROBINS AFB GA 31098-1611

SUBJECT: CONTRACT F09650-95-C0378, PROJECT 92014NC/924014N2, Repl. Wherry MFH

1. This letter is in reply to your letter dated 10 May 04, and to advise you that the Contracting Officer's final decision will be issue by 15 June 04.

2. Should you have any questions or require additional information, you may contact the undersigned at telephone number (478) 926-5151 or fax (478) 926-6549.

Bobbie Clark
BOBBIE CLARK
CONTRACT NEGOTIATOR

EXHIBIT
tabbles
5

file
Roxco - general
Warner Robins

06/15/2004 15:33 FAX 4789267549 WR-ALC/PKO 002

# DEPARTMENT OF THE AIR FORCE
HQ WARNER ROBINS AIR LOGISTICS CENTER (AFMC)
ROBINS AIR FORCE BASE GEORGIA

15 June 2004

MEMORANDUM FOR YOUNG, WILLIAMS HENDERSON & FUSELIER, PA
2000 AMSOUTH PLAZA
P O BOX 23059
JACKSON, MISSISSIPPI 39225-3059

FROM: WR-ALC/PKOE/(478) 926-5151
BOBBIE CLARK
235 BYRON ST
ROBINS AFB GA 31098-1611

SUBJECT: CONTRACT F09650-95-C0378, PROJECT 92014NC/924014N2,
Repl. Wherry MFH

1. This letter is to advise you that the date for issuance of the Contracting Officer's final decision is hereby extended to 16 July 2004. This extension is necessary to address pertinent issues as required by regulation.

2. Should you have any questions or require additional information, you may contact the undersigned at telephone number (478) 926-5151.

Bobbie Clark
BOBBIE CLARK
CONTRACT NEGOTIATOR

EXHIBIT
tabbies
6

## FACSIMILE ELECTRO MAIL TRANSMITTAL

*(This information collection is not subject to OMB review under PL-96, The Paperwork Reduction Act.)*

*WARNING!! - DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.*

**SECTION I - TO BE COMPLETED BY ORIGINATOR**

| CLASSIFICATION | TRANSMISSION | | PAGE |
|---|---|---|---|
| UNCLASSIFIED<br>FOR OFFICIAL USE ONLY | [X] IMMEDIATE | [ ] ROUTINE | PAGE 1 OF 2 PAGES |

| TO *(Office Symbol, Point of Contact, and Address)* | FAX NO. DSN | FAX NO. COMMERCIAL |
|---|---|---|
| Young, Williams, Henderson & Fuselier<br>attn: E. Stephen Williams | | 601 355-6136 |
| ELECTRONIC MAIL ADDRESS *(E-Mail)* | VOICE NO. DSN | VOICE NO. COMMERCIAL |
| | | 601 948-6100 |

SUBJECT

Letter

| FROM *(Office Symbol, Point of Contact, and Address)* | FAX NO. DSN | FAX NO. COMMERCIAL |
|---|---|---|
| BOBBIE CLARK<br>WR-ALC/PKOE<br>235 BYRON STREET<br>ROBINS AFB GA 31098-1611 | 468-7549 | (478) 926-7549 |
| ELECTRONIC MAIL ADDRESS *(E-Mail)*<br>bobbie.clark@robins.af.mi. | VOICE NO. DSN<br>468-5151 | VOICE NO. COMMERCIAL<br>(478) 926-5151 |

REMARKS

| RELEASER'S SIGNATURE | DATE | TIME |
|---|---|---|
| Bobbie Clark | 15 Jun 04 | 1630 |

**SECTION II - TO BE COMPLETED BY ELECTRO MAIL OPERATOR**

| DATE TRANSMITTED | TIME TRANSMITTED | TRANSMITTER'S SIGNATURE |
|---|---|---|
| | | |
| DATE ADDRESSEE CONTACTED | TIME ADDRESSEE CONTACTED | CONTACTOR'S SIGNATURE |
| | | |

AF FORM 3535, 19950201 *(EF-V3)* PREVIOUS EDITION IS OBSOLETE.