ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

04-1680C

Plaintiff(s) or Petitioner(s)
Roxco, Ltd

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] E. Stephen Williams

Firm Name: YoungWilliams, P.A.

Post Office Box: P.O. Box 23059

Street Address: 2000 AmSouth Plaza

City-State-Zip: Jackson, MS 39225-3059

Telephone & Facsimile Numbers: 601.948.6100 fax: 601.355.6136

E-mail address: Steve.Williams youngwilliams.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 276,466.55 (at least)

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003