IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD., Plaintiff, | ) | |
| v. | ) | No. 04-1680C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 60 days, to and including March 16, 2005, within which to respond to the complaint. Our response is now due on January 15, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he will oppose this motion.

Defendant's counsel timely requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. However, agency counsel informed us on December 13, 2004, that due to multiple personnel changes at Robins Air Force Base, the agency requires more time to complete its litigation report. Ms. Bobbie Clark, the contracting officer who managed this procurement, has left Robins Air Force Base. Ms. Clark's supervising section head has been reassigned to other duties on the base. The attorney at Robins Air Force Base assigned to this contract, Mr. James Caine, has also been reassigned, effective January 1, 2005, to a newly-created "wing" organization on the base, where his duties will no longer involve this contract, or construction procurements generally.

The additional time that is required by the agency to prepare its litigation report also introduces a scheduling conflict for defendant's counsel. Defendant's counsel is on call to respond to newly filed bid protests from February 7 to February 18, 2005. Thus, defendant's counsel will be responsible for defending time-sensitive challenges to procurements, often involving requests for immediate injunctive relief, which typically require an urgent series of briefs and hearings that may extend beyond the assigned period. Defendant's counsel must also file appellate briefs in the United States Court of Appeals for the Federal Circuit on January 31, 2005, in Coleman v. Dep't of the Air Force, Docket No. 04-3420; on February 14, 2005, in Berrios v. Dep't of Justice, Docket No. 05-3034; and on February 15, 2005, in AST Anlagen-und Sanierungstechnik GmbH v. Brownlee, Docket No. 05-1053, assuming the timely filing of initial briefs in those matters. Therefore, we anticipate that a total of an additional 60 days will be required to prepare our response to the complaint.

For the foregoing reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

December 21, 2004

CERTIFICATE OF FILING

I hereby certify that on this 21st day of December, 2004, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease