IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1680C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REPLY REGARDING AN ENLARGEMENT OF TIME

Plaintiff opposes defendant's motion for an enlargement of time because it is "at best, perceived by the Plaintiff as unreasonable." Response at ¶ 6. Plaintiff's perception of unreasonableness is based on allegations in its complaint (including "alleged delays" prior to the filing of its complaint) to which defendant's counsel is not yet prepared to respond for precisely the reasons stated in our motion for an enlargement of time. Response at ¶¶ 4-6.

The Court's discretion to manage its docket is not limited, as plaintiff suggests, by one party's perception, nor by delays alleged to have occurred prior to the initiation of an action in this Court. The management of the schedule in this case should not be based upon plaintiff's allegations of delay prior to the commencement of this action. Such allegations are, at best, an inappropriate attempt to adjudicate the merits of plaintiff's case in the context of opposing a purely procedural motion. In any event, plaintiff's allegations should be irrelevant to consideration of our motion.

Defendant has requested an enlargement and has shown cause

for the number of days that defendant's counsel believes to be necessary under the circumstances. Although plaintiff's counsel suggested upon consultation that defendant file a motion for an enlargement of 30 days, to be followed by a subsequent motion as necessary, defendant's counsel chose to take into account all known and foreseeable factors in a single motion to avoid filing multiple motions requesting repeated consideration by the Court.

Defendant requests that the Court exercise its discretion to grant defendant's motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

Attorneys for Defendant

December 23, 2004

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of December, 2004, a copy of the foregoing "DEFENDANT'S REPLY REGARDING AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease