# In the United States Court of Federal Claims

No. 04-1680 C

(Filed December 27, 2004)

* * * * * * * * * * * * * * * * * * * * * *
ROXCO, LTD., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December 21, 2004, defendant filed an opposed Motion for An Enlargement of Time of sixty days, to and including March 16, 2005, within which to respond to plaintiff's complaint. Plaintiff filed its oppositional response to defendant's motion on December 22, 2004. Defendant states the basis for an enlargement of time is due to agency counsel not being available to prepare its litigation report and due to various other commitments on defendant's calendar. Plaintiff is willing to agree to a thirty day extension, to and including February 15, 2005, however, opposes an extension of sixty days. Plaintiff states that an additional thirty-day extension would give the defendant a total of ninety days to respond to the complaint, which plaintiff feels is more than reasonable.

Upon consideration of the parties' arguments, the court determines that it will grant the government until February 22, 2005 within which to file its response to plaintiff's complaint. However, defendant is cautioned that, absent extraordinary circumstances, *no* further enlargements of time in this matter will be allowed.

Accordingly, for good cause shown, it is hereby **ORDERED** that defendant's Motion for An Enlargement of Time, filed December 21, 2004, is **GRANTED in part** and **DENIED in part**; and defendant shall **FILE** its **Answer** to plaintiff's complaint on or before **February 22, 2005**.

s/Lynn J. Bush
LYNN J. BUSH
Judge