IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROXCO, LTD., | ) | filed electronically |
| | ) | on August 10, 2005 |
| Plaintiff, | ) | |
| | ) | No. 04-1680C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A STAY OF PROCEEDINGS

Defendant and plaintiff respectfully request that the Court stay further proceedings in this action, including discovery, in order to allow the parties to complete their ongoing settlement discussions. Defendant and plaintiff believe that it would be in the interest of the parties and judicial economy to stay this case in order for the parties to complete settlement discussions. Counsel for defendant and counsel for plaintiff have discussed concrete terms. Although discussions may be completed sooner, in the event that they are not, we propose the parties file a status report with the Court in 30 days, updating the status of our settlement discussions and recommending further action.

For this reason, we respectfully request that this Court grant our joint motion to stay this case until settlement discussions have concluded.

Respectfully submitted,

s/ E. Stephen Williams
E. STEPHEN WILLIAMS
YoungWilliams, P.A.
2000 AmSouth Plaza
Jackson, MS 39201
P.O. Box 23059
Jackson, MS 39225
601.948.6100

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Of Counsel:

Major Lawrence M. Anderson
Trial Attorney
AFLSA/JACN
1501 Wilson Blvd, Room 606
Arlington, VA 22209-2403

Attorneys for Defendant

August 10, 2005

CERTIFICATE OF FILING

I hereby certify that on this 10th day of August 2005, a copy of the foregoing “JOINT MOTION FOR A STAY OF PROCEEDINGS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease