# In the United States Court of Federal Claims

No. 04-1680 C

(Filed August 12, 2005)

* * * * * * * * * * * * * * * * * * * * * *
ROXCO, LTD., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 10, 2005, the parties filed a Joint Motion for a Stay of Proceedings. The parties report that they are conducting settlement decisions and requests the suspension of proceedings to pursue a resolution of the subject matter. The parties request to file a status report with the court in thirty-days.

Accordingly, it is hereby **ORDERED** that the parties motion is **GRANTED** and all proceedings in the subject matter shall be **SUSPENDED** pending further order by the court, and on or before **October 11, 2005**, and every sixty-day interval thereafter, the parties shall **FILE** a **Joint Status Report** informing the court of the status of settlement discussions.

s/Lynn J. Bush
LYNN J. BUSH
Judge