**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROXCO, LTD.,** | ) | **filed electronically** |
| | ) | **on December 12, 2005** |
| **Plaintiff,** | ) | |
| | ) | **No. 04-1680C** |
| **v.** | ) | **(Judge Bush)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated August 12, 2005, the parties file this joint status report "informing the court of the status of settlement discussions." In a letter dated October 6, 2005, plaintiff offered to settle all of its claims in this case. Defendant's counsel has received authorization to settle the case based upon the terms set forth in plaintiff's letter, but the parties have not yet formalized the necessary stipulation for entry of judgment. Defendant and plaintiff believe that it is in the interest of the parties and judicial economy to maintain the stay of this case in order for the parties to complete settlement documents. In the event that settlement documents are not completed within 14 days of this filing, the parties will file a joint status report updating the status of our settlement discussions.

Respectfully submitted,

s/ E. Stephen Williams
E. STEPHEN WILLIAMS
YoungWilliams, P.A.
2000 AmSouth Plaza
Jackson, MS 39201
P.O. Box 23059
Jackson, MS 39225
601.948.6100

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 514-8624

Of Counsel:

Major Lawrence M. Anderson
Trial Attorney
AFLSA/JACN
1501 Wilson Blvd, Room 606
Arlington, VA 22209-2403

Attorneys for Defendant

December 12, 2005

CERTIFICATE OF FILING

I hereby certify that on this 12th day of December 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease