# In the United States Court of Federal Claims

**No. 04-1680 C**

**ROXCO, LTD.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed January 23, 2006, and the court's directive of January 24, 2006, authorizing the clerk to enter judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $210,000.00, plus CDA interest from March 4, 2004, with each party to bear its own costs, expenses, and attorney fees.

Brian Bishop
Clerk of Court

**January 26, 2006** By: s/Lisa L. DeFade

Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $255.00.