United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

January 30, 2006

E. Stephen Williams, Esq.
Young, Williams, et al.
2000 Amsouth Plaza
P.O. Box 23059
Jackson, MS 39225-3059

In re: Roxco, Ltd. v. United States, No. 04-1680 C

Dear Mr. Williams:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated January 26, 2006, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: Jeffrey Scott Pease, Esq.
Department of Justice